UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE, *individually and as the representative of a class of similarly situated persons* <br><br> Plaintiff, <br><br> –*against*– <br><br> VERLOOP LLC, <br><br> Defendant. | **ORDER** <br><br> 23-cv-3866 (ER) |

Ramos, D.J.:

A telephonic conference is scheduled for **June 30, 2023 at 10:30 a.m.** The parties are directed to dial (877) 411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated: June 6, 2023
    New York, New York

_____
Edgardo Ramos, U.S.D.J.