UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE, *individually and as the representative of a class of similarly situated persons*,

        Plaintiff,

– against –

VERLOOP LLC,

        Defendant.

**ORDER**

23-cv-3866(ER)

    The Court having been advised that all claims have been settled it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

    **Any application to reopen must be filed within forty-five (45) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court.

    The Clerk of Court is respectfully directed to terminate the case.

It is SO ORDERED.

Dated:   June 27, 2023
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.